No. 86–5787 (A–272). GOODRICH *v.* BUNNELL, SUPERINTENDENT, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th

Cir. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied. Certiorari denied.